

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IRAAN-SHEFFIELD INDEPENDENT SCHOOL DISTRICT, | § | |
| | | No. 08-19-00090-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 83rd District Court |
| KINDER MORGAN PRODUCTION | § | |
| COMPANY LLC, Individually and as | | of Pecos County, Texas |
| successor in Interest to KINDER | § | |
| MORGAN PRODUCTION | | (TC# P-7943-83-CV) |
| COMPANY, LP, | § | |
| | | |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order dismissing Appellant's petition for lack of subject-matter jurisdiction and remand this matter to the trial court for further proceedings not inconsistent with the court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.